An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY TERRELL HAMPTON,
Petitioner,

vs.

JUSTICE COURT, LAS VEGAS
TOWNSHIP, CLARK COUNTY, CHIEF
JUDGE ANN ZIMMERMAN; AND
CHIEF JUSTICE OF THE PEACE,
KAREN BENNETT-HARON,
Respondents.

No. 59222

FILED

MAR 15 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING PETITION
### FOR WRIT OF MANDAMUS OR PROHIBITION

This is a proper person petition for a writ of mandamus or prohibition challenging respondents' rejection of petitioner's filings on the ground that they did not comply with the Las Vegas Justice Court's requirement that all filings be submitted electronically. Respondents have filed an answer, explaining that, as of December 8, 2011, the electronic filing requirement has been rescinded for inmates. Accordingly, we conclude that this petition is moot, and we dismiss it. See Personhood Nevada v. Bristol, 126 Nev. ___, ___, 245 P.3d 572, 574 (2010) (explaining that this court's duty is to decide actual controversies and not to give opinions on moot questions).

It is so ORDERED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

---

[1]We direct the clerk of this court to file petitioner's motion to stay potential dismissal for failing to pay the filing fee, provisionally received in this court on September 30, 2011. Having considered this document, we conclude that no action is necessary as to it.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-07842

cc: Anthony Terrell Hampton
Clark County District Attorney/Civil Division, Robert J. Gower